UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL NIEVES,<br><br>      Plaintiff,<br><br>  -against-<br><br>MARTHA JOHNSON,<br><br>      Defendant. | 22-CV-1858 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 11, 2022, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court declines to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting. *See* 28 U.S.C. § 1367(c)(3).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 11, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge